# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSE FRANCISCO LINARES-HURTADO,<br><br>    Defendant. | CASE NO. 12CR3382-IEG<br><br>**JUDGMENT OF DISMISSAL** |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

8USC1324(a)(2)(B)(iii); 18USC2 - BRINGING IN ILLEGAL ALIENS WITHOUT PRESENTATION; AIDING AND ABETTING

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: SEPTEMBER 20, 2012

_/s/ William McCurine, Jr._
William McCurine, Jr.
U.S. Magistrate Judge

FILED
SEP 20 2012
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    DEPUTY